**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| RENEE J. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:12-cv-01307-TWP-TAB |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**E N T R Y**

The plaintiff's request to proceed *in forma pauperis* [dkt. 2] is **granted.**

The clerk is directed to **issue summons** to the defendant and to other officials designated pursuant to *Fed. R. Civ. P.* 4(i)(2).

The Marshal for this District is directed to **serve** the summons and complaint, with a copy of this Entry, at the expense of the United States.

**IT IS SO ORDERED.**

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Date: 09/14/2012

Distribution:

Patrick H. Mulvany, 2506 Willowbrook Parkway, Suite 201, Indianapolis, IN 46205

Office of the United States Attorney, 10 West Market Street  Suite 2100,
	Indianapolis, IN   46204-3048

United States Marshal, 46 East Ohio Street, 179 U.S. Courthouse,
	Indianapolis, IN 46204

**Note to Clerk:  Processing this document requires actions other than docketing and distribution.**